**FILED**

12/09/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0489

IN THE SUPREME COURT OF THE STATE OF MONTANA
Case No. DA 24-0489

| | |
|---|---|
| IN RE THE GRANDPARENT GRANDCHILD VISITATION OF: <br><br> A.L.U., <br><br> SHARLINE BLUEMEL, <br><br>      Petitioner and Appellee, <br><br> -v- <br><br> ASHLEY UHRICH and VIJAY UHRICH, <br><br>      Respondents and Appellants. | ORDER GRANTING APPELLEE'S FIRST MOTION FOR EXTENSION OF TIME |

Upon consideration of Appellee's First Motion for Extension of Time Pursuant to Rule 26(1), M. R. App. P., and good cause appearing therefor;

**IT IS HEREBY ORDERED** that Appellee is granted an extension of time up to and including January 17, 2025 within which to prepare, file, and serve Appellee's Response brief on appeal.

ELECTRONICALLY DATED AND SIGNED BELOW.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 9 2024